IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DOUGLAS TAYLOR
ADC #127483                                                                    PLAINTIFF

v.                          No. 2:23-cv-26-DPM

ETHERLY, Captain, EARU Max, Arkansas
Division of Correction; KELLEY, Lieutenant,
EARU Max, Arkansas Division of Correction;
GRAHM, Sergeant, EARU Max, Arkansas
Division of Correction; ROBINSON, Corporal,
EARU Max, Arkansas Division of Correction;
ALLISON, Major, EARU Max, Arkansas
Division of Correction; and CHRISTOPHER
JOHNSON, Deputy Warden, EARU Max,
Arkansas Division of Correction                                                DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Taylor hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc.* 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

12 April 2023