# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DOUGLAS TAYLOR**
**ADC #127483**                                                                                 **PLAINTIFF**

v.                                    No. 2:23-cv-26-DPM

ETHERLY, Captain, EARU Max, Arkansas
Division of Correction; KELLEY, Lieutenant,
EARU Max, Arkansas Division of Correction;
GRAHM, Sergeant, EARU Max, Arkansas
Division of Correction; ROBINSON, Corporal,
EARU Max, Arkansas Division of Correction;
ALLISON, Major, EARU Max, Arkansas
Division of Correction; and CHRISTOPHER
JOHNSON, Deputy Warden, EARU Max,
Arkansas Division of Correction                                                              **DEFENDANTS**

## JUDGMENT

Taylor's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 April 2023